**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-1654**

───────────────

JOEL W. COFIELD,

Plaintiff - Appellant,

versus

MARK SARGENT,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   William M. Nickerson, Senior District Judge.   (CA-02-1599-WMN)

───────────────

Submitted:   October 4, 2002          Decided:   November 15, 2002

───────────────

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Joel W. Cofield, Appellant Pro Se.   Dawna Marie Cobb, Assistant Attorney General, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joel W. Cofield appeals the district court's order denying relief on his 42 U.S.C. §§ 1983, 1985 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cofield v. Sargent, No. CA-02-1599-WMN (D. Md. May 10, 2002). Cofield's motion to recuse the Maryland Attorney General's Office from representing the Appellee is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED